THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Khalil Faqir Bey, Appellant.
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.   2011-UP-153
 Submitted April 1, 2011  Filed April 12,
2011

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Khalil
 Faqir Bey appeals the revocation of his probation, arguing the circuit court
 erred in revoking his probation without holding a full evidentiary hearing.  After a thorough review of the record, counsel's brief,
 and Bey's pro se brief, pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, SHORT, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.